# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zia Haq, | CASE NO.: 2:18-cv-02310-TLN-DB |
| Plaintiff, | |
| v. | **ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| Citibank, National Association, | |
| Defendants. | |

Defendant CITIBANK, N.A.'s time to respond to Plaintiff ZIA HAQ's complaint is extended to December 21, 2018.

**IT IS SO ORDERED.**

**Dated: October 30, 2018**

_____
Troy L. Nunley
United States District Judge

**ORDER**